# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

RODNEY MILLER,

      Plaintiff,

vs.                                                              No. CIV 04-0970 JB/RHS

MONUMENTAL LIFE INSURANCE COMPANY,
and NASRA TPA, INC. and its successor, HCC
ADMINISTRATORS, INC. and/or GALLAGHER
BASSETT SERVICES, INC.,

      Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) Monumental Life Insurance Company's Supplemental Brief on Sole Cause Issue, filed December 17, 2007 (Doc. 50)("Brief"); (ii) Plaintiff Rodney Miller's Supplemental Memorandum of Law in Support of Motion for Summary Judgment, filed January 7, 2008 (Doc. 52); (iii) Monumental Life Insurance Company's Reply and Motion to Strike Plaintiff's Supplemental Brief, filed January 11, 2008 (Doc. 54); and (iv) Plaintiff Rodney Miller's Response to Monumental 's Motion to Strike, filed January 25, 2008 (Doc. 56).  Because the Court has determined that the case should be remanded to the Plan Administrator, the Court will enter final judgment.

      **IT IS ORDERED** that this case is remanded to the Plan Administrator and that judgment is entered.

 

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

James Rawley
Albuquerque, New Mexico

      *Attorneys for the Plaintiff*

Bruce S. McDonald
Lucinda Siembieda
Law Offices of Bruce S. McDonald
Albuquerque, New Mexico

-- and --

Bernie E. Hauder
Adkerson, Hauder & Bezney P.C.
Dallas, Texas

      *Attorneys for the Defendant*